In the Matter of the Arbitration between SAM S. OREFICE, Appellant, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent.—

Ughetta, Acting P. J., Christ, Brennan, Hopkins and Nolan, JJ., concur.